**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheldon Walker,            ) | |
| ) | |
|            Plaintiff,       ) | |
| ) | |
|        v.                   ) | CV- 04-0691-PHX-MHM (LOA) |
| ) | |
| Dora Schriro, et al.,       ) | ORDER |
| ) | |
|            Defendants.      ) | |

      This Court has received Plaintiff's Notice of Motion for Plaintiff's Request for Production of Documents, Plaintiff's First Set of Non-Uniform Interrogatories and Plaintiff's First Request for Admissions for Defendants (Dkt. #20).

      Plaintiff is seeking discovery from Defendants and is not seeking the court's assistance in obtaining responses to his discovery requests. Plaintiff should serve his discovery requests on the appropriate parties, not the court.

      Accordingly,

      **IT IS ORDERED striking** Plaintiff's Notice of Motion (Dkt. #20) filed September 29, 2005 under Rule 5.2, LRCiv, Rules of Practice for the United States District Court of the District of Arizona, which provides that the Court does not accept discovery papers for filing.

      DATED this 5th day of October, 2005.

Lawrence O. Anderson
United States Magistrate Judge